FILED
CLERK, U.S. DISTRICT COURT
APR 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE D'SANT ANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>FEI FANG LEE, AKA FRANK LEE, TONI LARIOS, MARK MOONEY, DEPUTY, ROBERT GOODMAN, ESQ., SGT. WILLIAMS,<br><br>    Defendants. | No. CV 11-10735 GHK (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

DATED: 4/22/13

GEORGE H. KING
United States District Judge