UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE D'SANT ANGELO,<br><br>    Plaintiff,<br><br>    v.<br><br>FEI FANG LEE, AKA FRANK LEE, TONI LARIOS, MARK MOONEY, DEPUTY, ROBERT GOODMAN, ESQ., SGT. WILLIAMS,<br><br>    Defendants. | No. CV 11-10735 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by her Complaint and that this action is dismissed without prejudice.

DATED: 4/22/13

GEORGE H. KING
United States District Judge